UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| XL INSURANCE COPANY SE, HDI-GERLING VERZEKERINGEN N.V., AMLIN EUROPE N.V., subscribing underwriters to Policy No. B0180PC1430696,<br><br>        Plaintiffs,<br><br>        vs.<br><br>LAWRENCE FRUIT, INC, a Washington corporation,<br><br>        Defendant. | No. 2:16-cv-00075-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation and Proposed Order of Dismissal, ECF No. 8.

On March 22, 2016, Plaintiff filed their Complaint, ECF no. 1, and on April 22, 2016, filed an Amended Complaint, ECF No. 6. Defendant has not answered. The parties now ask the Court to dismiss the action without prejudice and without the award of attorneys' fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Stipulation and Proposed Order of Dismissal, ECF No. 8, is **GRANTED**.

**ORDER DISMISSING ACTION ~ 1**

2.    The above-captioned action is **DISMISSED**, without prejudice and without the award of costs or fees to any party.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 24th day of May, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 2**